No. 99–7193.  BENITEZ-VILLAFUERTE *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 99–7194.  BELTRAN-GARCIA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–7203.  JOHNSON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 99–7204.  LAPENSE, AKA ZUNIGA *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 99–7206.  PERKINS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 99–7208.  PATTERSON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 99–7209.  SNYDER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 99–7212.  ZANGHI *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 99–7213.  MAJOR *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–7214.  MARTIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–7215.  KUEHNOEL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 99–7226.  COPENHAVER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 99–7236.  HARRIS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 99–7238.  HEARD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–7240.  FRANCIES *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 99–7241.  GILBERT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.